UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| V. | § | No. 3:10-cr-183-B (05) |
| | § | |
| GEORGIALYN GUICE, | § | |
| | § | |
| Defendant. | § | |

# ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, entered on April 29, 2013 in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

The Court denies Defendant's Motion for Downward Departure to Include Sentence Modification [Dkt. No. 260] and Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c) [Dkt. No. 262].

SO ORDERED this 29th day of May, 2013.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE